UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　)<br>　　　　Plaintiff, )<br>　)<br>ANY AND ALL RADIO STATION )<br>TRANSMISSION EQUIPMENT, RADIO )<br>FREQUENCY POWER AMPLIFIERS, )<br>RADIO FREQUENCY TEST EQUIPMENT)<br>AND ANY OTHER EQUIPMENT )<br>ASSOCIATED WITH OR USED IN )<br>CONNECTION WITH THE )<br>TRANSMISSIONS ON FREQUENCY )<br>87.7 MEGAHERTZ LOCATED AT )<br>616-624 BLUE HILL AVENUE, )<br>DORCHESTER, MASSACHUSETTS, )<br>　)<br>　　　　Defendants. )<br>　) | **FILED UNDER SEAL**<br><br>Civil Action No. |

**WARRANT AND MONITION**

To:　　The United States of America

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as:

>　any and all radio station transmission equipment, radio frequency power amplifiers, radio frequency test equipment, and any other associated with, or used in connection with, any radio transmission on the frequency 87.7 Megahertz ("MHz") from the roof of, and located within, the abandoned premises in the commercial building located at 616-624 Blue Hill Avenue, Dorchester, Massachusetts equipment (the "Defendant Radio Station Equipment")

for forfeiture of the Defendant Radio Station Equipment to the United States pursuant to 47 U.S.C. § 510 because it is being, or was, used in violation of 47 U.S.C. § 301 and is subject to forfeiture to the United States pursuant to 47 U.S.C. § 510 and 28 U.S.C. § 2461.

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Radio Station Equipment via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint, by certified mail, postage prepaid and return receipt requested, or by serving such copies on the following listed parties by hand to:

   1. Davina Mendes
      71 Jacob Street, #1
      Dorchester, MA 02124-4111

   2. New Fellowship Baptist Church
      231 Calendar Street
      Dorchester, MA 02124

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to take possession of, seize, arrest, attach, inspect and retain the Defendant Radio Station Equipment in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Radio Station Equipment, or assert that the Defendant Radio Station Equipment should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT RADIO STATION EQUIPMENT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER.   ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM.   CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.   THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9.   IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE

DRUG ENFORCEMENT ADMINISTRATION, 8701 MORRISSETTE DRIVE, SPRINGFIELD, VIRGINIA 22152, ATTENTION: ASSET FORFEITURE GROUP.

        Robert M. Farrell, Clerk

        U.S. District Court

By: _____
     Deputy Clerk

Date:_____, 2018

APPROVED AND SO ORDERED:

_____
INDIRA TALWANI
United States District Judge