UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ANY AND ALL RADIO STATION　)<br>TRANSMISSION EQUIPMENT,　　)<br>RADIO FREQUENCY POWER　　　)<br>AMPLIFIERS, RADIO FREQUENCY )<br>TEST EQUIPMENT AND ANY OTHER )<br>EQUIPMENT ASSOCIATED WITH OR )<br>USED IN CONNECTION WITH THE )<br>TRANSMISSIONS ON FREQUENCY )<br>87.7 MEGAHERTZ LOCATED AT　)<br>616-624 BLUE HILL AVENUE,　　)<br>DORCHESTER, MASSACHUSETTS, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　)<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | **FILED UNDER SEAL**<br><br>Civil Action No. |

## WRIT OF ENTRY

UPON CONSIDERATION of the United States' Application for a Writ of Entry permitting the United States Marshals Service, with the assistance from any necessary employees of the Federal Communications Commission ("FCC"), to enter the premises located at 616-624 Blue Hill Avenue and the roof, all located in Dorchester, Massachusetts, in order to execute the Warrant and Monition concerning the *in rem* defendant equipment located therein, and this Court being fully advised on the issue, it is hereby ORDERED that:

　　1.　　Any necessary employees of the United States Marshals Service and FCC may enter 616-624 Blue Hill Avenue and the roof, all in Dorchester, Massachusetts, for the purpose of executing the Warrant and Monition in this case.

And, further, the United States having requested that the Court issue a Writ of Entry authorizing it to enter said locations, including any structures, for the purpose of seizing any radio station transmission equipment, antennae, radio frequency power amplifiers, radio frequency test equipment, and any other equipment associated with or used in connection with the transmissions on 87.7 MHz pursuant to 47 U.S.C. § 510:

**IT IS HEREBY FURTHER ORDERED** that the United States Marshals Service is hereby authorized

1. To use reasonable force to enter the above locations, including any structures, for the purpose of seizing any radio station transmission equipment, antennae, radio frequency power amplifiers, radio frequency test equipment, and any other equipment associated with or used in connection with the transmissions on 87.7 MHz, and

2. To be accompanied on any such occasion by any locksmith that may be selected by them for the purpose of entering the premises, and

3. To be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of seizing the property, and

4. To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry. Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

3

5. The United States Marshal has the authority to arrest and detain anyone who interferes with the execution of this Writ.

DONE AND ORDERED in Boston, Massachusetts, this ___ day of _____, 2018.

                                             _____
                                             United States District Judge