UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANY AND ALL RADIO STATION ) <br> TRANSMISSION EQUIPMENT, RADIO ) <br> FREQUENCY POWER AMPLIFIERS, ) <br> RADIO FREQUENCY TEST EQUIPMENT ) <br> AND ANY OTHER EQUIPMENT ) <br> ASSOCIATED WITH OR USED IN ) <br> CONNECTION WITH THE ) <br> TRANSMISSIONS ON FREQUENCY ) <br> 87.7 MEGAHERTZ LOCATED ) <br> AT 616-624 BLUE HILL AVENUE, ) <br> DORCHESTER, MASSACHUSETTS, ) <br> Defendants. ) <br> _____ ) | Civil Action No. 18-10429-IT |

**TALWANI, D.J.**

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court, having allowed plaintiff's Request for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant properties, described as:

    a) any and all radio station transmission equipment, radio frequency power amplifiers, radio frequency test equipment, and any other associated with, or used in connection with, any radio transmission on the frequency 87.7 Megahertz ("MHz") from the roof of, and located within, the abandoned premises in the commercial building located at 616-624 Blue Hill Avenue, Dorchester, Massachusetts equipment (the "Defendant Radio Station Equipment"),

is hereby forfeited to the United States of America pursuant to 47 U.S.C. § 510 and 28 U.S.C. § 2461.

3. That any claims of interest and any other parties claiming any right, title, or interest in or to the Defendant Radio Station Equipment, are hereby held in default and dismissed, having been defaulted on July 18, 2018;

4. That the United States Federal Communication Commission shall retain the Defendant Radio Station Equipment in its secure custody and control, and shall dispose of them in accordance with United States Department of Justice and United States Federal Communication Commission policies regarding the disposition of forfeited property; and

5. That this Court shall retain jurisdiction in this case and this Order shall be, and hereby is, the full and final disposition of the above-described Defendant Radio Station Equipment in this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
INDIRA TALWANI
United States District Judge

Dated: 12/13/2018